# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON LEWIS

NO. 2026 CW 0729

VERSUS

LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY; GARRETT "HANK" DANOS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; ROBERT "BOBBY" YARBOROUGH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; STANLEY JACOBS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; JAMES WILLIAMS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; MARY LEACH WERNER, IN HER INDIVIDUAL AND OFFICIAL CAPACITY; ROBERT DAMPP, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; REMY VOISIN STARNS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; FIELDON KING "KING" ALEXANDER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; WILLIAM JENKINS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; TAYLOR PORTER BROOKS & PHILLIPS LLP, WILLIAM SHELBY MCKENZIE, INDIVIDUALLY; VICKI CROCHET, INDIVIDUALLY; ROBERT "BOB" BARTON, INDIVIDUALLY; LESLIE EDWIN "LES" MILES, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; JOSEPH "JOE" ALLEVA, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; SCOTT WOODWARD, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; VERGE AUSBERRY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; MIRIAM SEGAR, IN HER INDIVIDUAL AND OFFICIAL CAPACITY; JOHN DOE (1-10) INDIVIDUALLY AND JANE DOE (10-20) INDIVIDUALLY

**JUNE 9, 2026**

---

In Re: Larry English, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 708092.

---

BEFORE: WOLFE, HESTER, AND BALFOUR, JJ.

WRIT DENIED.

EW

CHH

**Balfour, J.,** concurs. However, I would issue an order for briefs on the issue of whether this court should consider an award of damages, including attorney fees, and the taxing of the costs of the lower or appellate court, for the filing of a frivolous writ application pursuant to La. Code Civ. P. art. 2164.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT